Yann Geron, Chapter 7 Trustee
c/o Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050

**Hearing Date:** August 14, 2019
**At:** 11:00 a.m.

**Objection Deadline:** August 7, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
| In re | : | Chapter 7 |
| | : | |
| IN SOOK STERLING, | : | Case No. 19-10132-SCC |
| | : | |
| Debtor. | : | |
-----------------------------------------------------------x

# NOTICE OF HEARING ON TRUSTEE'S MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 4004(b), EXTENDING THE TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE

TO THE DEBTOR, COUNSEL TO THE DEBTOR, ALL KNOWN CREDITORS AND PARTIES IN INTEREST, ALL PARTIES REQUESTING NOTICE, AND THE UNITED STATES TRUSTEE:

*PLEASE TAKE NOTICE* that upon the motion, dated July 19, 2019 (the "Motion"), of Yann Geron (the "Trustee"), the chapter 7 trustee of the estate of In Sook Sterling (the "Debtor"), the above-captioned debtor, the undersigned will move before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in her courtroom (#623), at the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004 on the **14th day of August, 2019, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, for an order extending the Trustee's time to object to the Debtor's discharge pursuant to Bankruptcy Rule 4004(b).

*PLEASE TAKE FURTHER NOTICE* that the Motion has been filed electronically with the Clerk of the Court and may be inspected by all registered users of the Court's website at http://www.nysb.uscourts.gov. Copies of the Motion may be obtained by telephonic or email request to the undersigned counsel for the Trustee, Attn: Jeannette Litos (Tel: (212) 209-3096; e-mail: jlitos@reitlerlaw.com).

*PLEASE TAKE FURTHER NOTICE* that objections, if any, to the relief sought in the Motion shall be made in writing, filed with the Court electronically in accordance with

General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the Court, One Bowling Green, New York, New York 10004, on a compact disc, in text searchable Portable Document Format (PDF) (with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon: (i) Reitler Kailas & Rosenblatt LLC, Attn: Yann Geron, Esq. and Jeannette Litos, Esq., 885 Third Avenue, 20th Floor, New York, New York 10022; and (ii) United States Trustee, Attn: Susan Arbeit, Esq., U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, so as to be actually received no later than seven days prior to the Hearing. The ECF docket number to which the filing relates must be included in the upper right hand corner of the caption of all objections.

Dated: New York, New York
July 19, 2019

By: *s/ Yann Geron*
Yann Geron, Chapter 7 Trustee
c/o Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050